# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

|  |  |
|---|---|
| | : No. 475 MAL 2016 |
| | : |
| | : |
| | : |
| CADLES OF GRASSY MEADOWS, II , | : Petition for Allowance of Appeal from |
| LLC, , SUBSTITUTED PLAINTIFF TO | : the Order of the Superior Court |
| BROWN BARK I, L.P., ASSIGNEE OF | : |
| SOVEREIGN BANK, SUCCESSOR BY | : |
| MERGER TO MAIN STREET BANK, | : |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BET SHAVEI-TZION A/K/A BET SHAVEI- | : |
| TZION, INTERNATIONAL AND/OR BET | : |
| SHAVEI-TZIO, LTD., INTERNATIONAL, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.